FILED

06/27/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0206

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| | | |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF GERRY WILLIAMS, same person as GERALD MARCUS WILLAMS, same person as GERRY M. WILLIAMS , | ) ) ) ) ) ) ) ) | Case No. DA 22-0206 |
| Deceased. | ) ) | **[PROPOSED] ORDER GRANTING EXTENSION OF TIME** |

Pursuant to Rule 26(1), M.R. App. P., Appellant is given a 30-day extension of time until July 30, 2018, to prepare, file, and serve her Opening Brief on Appeal.

DATED this _____ day of _____, 2022.

_____

1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 27 2022